IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 01-30168
_____

CLIFFORD EUGENE DAVIS, JR; NATIONAL
ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE

                Plaintiffs - Appellees

v.

EAST BATON ROUGE PARISH SCHOOL BOARD,
Etc; ET AL

                Defendants

EAST BATON ROUGE PARISH SCHOOL BOARD,
A Corporation

                Defendant - Intervenor Defendant - Appellant

v.

UNITED STATES OF AMERICA,

                Intervenor Plaintiff - Appellee


                _____

No. 01-30677
_____

CLIFFORD EUGENE DAVIS, JR; NATIONAL
ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE

                Plaintiffs - Appellees

UNITED STATES OF AMERICA

                Intervenor Plaintiff - Appellee

v.

EAST BATON ROUGE PARISH SCHOOL BOARD,
Etc; ET AL

                Defendants

EAST BATON ROUGE PARISH SCHOOL BOARD,

A Corporation

                    Defendant - Appellant

_____

            Appeals from the United States District Court
            for the Middle District of Louisiana, Baton Rouge
                            (56-CV-1662-A)
_____
                         September 7, 2001

Before, KING, Chief Judge, and JOLLY and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

     The orders that are the subject of these appeals (the Notice
to Counsel entered January 4, 2001, the Ruling on Student
Assignment Plan entered on April 17, 2001 and the Ruling entered on
May 25, 2001) merely interpret the 1996 Consent Decree; they do not
modify it.  Martin's Herend Imports, Inc. v. Diamond & Gem Trading
U.S.A. Co., 195 F.3d 765, 769 (5th Cir. 1999).  Accordingly, these
orders are not appealable and these appeals are DISMISSED.  Any
pending motions are DENIED.  The mandate shall issue forthwith.

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

                                2